| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>Attorney for Debtor<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>Lara Fakhoury<br><br><br>Debtor(s). | CASE NO.: 6:22-bk-13036-SY<br>CHAPTER: 13<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 05/29/2025     Lara Fakhoury
                     Printed name of Debtor 1              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 1                                F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____     _____
                          Printed name of Debtor 2                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                              **F 1002-1.EMP.INCOME.DEC**

| IHSS | IHSS Earnings Statement *DUPLICATE* | Direct Deposit 99504718 |
|---|---|---|

| Recipient | NUHA F | | ID 0431078 |
|---|---|---|---|
| Payee/Provider | Lara Fakhoury | | ID 002227634 |
| Service Period: | 02/16/2025 to 02/28/2025 | **Deductions** | **Current** / **YTD** |
| Timesheet # | 4211606423 | Federal | $ 0.00 / $ 0.00 |
| Process Date: | 03/10/2025 | State | $ 0.00 / $ 0.00 |
| Pay Rate: | $18.60 | FICA | $ 138.53 / $ 671.91 |
| Hours Submitted | H 106    M 45 | Medicare | $ 32.40 / $ 157.14 |
| Hours Not Paid | H 00     M 00 | SDI/DIEC | $ 26.82 / $ 130.05 |
| Total Hours Paid | H 106    M 45 | | |
| Travel Hours | H        M | | |
| Overtime Hours | H 26     M 45 | | |
| Sick Leave Hours | H        M | | |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 1,985.56 | $ 9,888.22 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 248.78 | $ 949.01 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | $ 2,234.34 | $ 10,837.23 | **Total Deductions** | $ 197.75 | $ 959.10 |
| **Net Pay** | $ 2,036.59 | $ 9,878.13 | | | |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.



| IHSS Earnings Statement<br>* DUPLICATE * | | | | Direct Deposit<br>99260423 | | |
|---|---|---|---|---|---|---|
| Recipient | NUHA F | | | ID | 0431078 | |
| Payee/Provider | Lara Fakhoury | | | ID | 002227634 | |
| Service Period: | 03/01/2025 to 03/15/2025 | | Deductions | Current | YTD | |
| Timesheet # | 4212922651 | | Federal | $ 0.00 | $ 0.00 | |
| Process Date: | 03/21/2025 | | State | $ 0.00 | $ 0.00 | |
| Pay Rate: | $18.60 | | FICA | $ 140.26 | $ 812.17 | |
| Hours Submitted | H 107 | M 45 | Medicare | $ 32.80 | $ 189.94 | |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 27.14 | $ 157.19 | |
| Total Hours Paid | H 107 | M 45 | | | | |
| Travel Hours | H | M | | | | |
| Overtime Hours | H 27 | M 45 | | | | |
| Sick Leave Hours | H | M | | | | |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 2,004.16 | $ 11,892.38 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 258.08 | $ 1,207.09 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| Total Gross | $ 2,262.24 | $ 13,099.47 | | | |
| Net Pay | $ 2,062.04 | $ 11,940.17 | Total Deductions | $ 200.20 | $ 1,159.30 |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

**IHSS Earnings Statement**

*** DUPLICATE ***

Direct Deposit: 99474591

| Recipient | NUHA F | | | ID | 0431078 |
|---|---|---|---|---|---|
| Payee/Provider | Lara Fakhoury | | | ID | 002227634 |
| Service Period: | 03/16/2025 to 03/31/2025 | | | | |
| Timesheet # | 4214302315 | | | | |
| Process Date: | 04/07/2025 | | | | |
| Pay Rate: | $18.60 | | | | |
| Hours Submitted | H 106 | M 00 | | | |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 106 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 12 | M 00 | | | |
| Sick Leave Hours | H | M | | | |

| Deductions | Current | YTD |
|---|---|---|
| Federal | $ 0.00 | $ 0.00 |
| State | $ 0.00 | $ 0.00 |
| FICA | $ 129.16 | $ 941.33 |
| Medicare | $ 30.21 | $ 220.15 |
| SDI/DIEC | $ 25.00 | $ 182.19 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 1,971.60 | $ 13,863.98 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 111.60 | $ 1,318.69 |
| Sick Leave | $ 0.00 | $ 0.00 |
| Total Gross | $ 2,083.20 | $ 15,182.67 |
| Net Pay | $ 1,898.83 | $ 13,839.00 |
| Total Deductions | $ 184.37 | $ 1,343.67 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

**IHSS Earnings Statement**

**IHSS – IN HOME SUPPORTIVE SERVICES**

**\* DUPLICATE \***

**Direct Deposit** 99095332

| | | | | Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Recipient | NUHA F | | | ID 0431078 | | |
| Payee/Provider | Lara Fakhoury | | | ID 002227634 | | |
| Service Period: | 04/16/2025 to 04/30/2025 | | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4217274937 | | | State | $ 0.00 | $ 0.00 |
| Process Date: | 05/08/2025 | | | FICA | $ 133.77 | $ 1,210.17 |
| Pay Rate: | $18.60 | | | Medicare | $ 31.28 | $ 283.02 |
| Hours Submitted | H 106 | M 00 | | SDI/DIEC | $ 25.90 | $ 234.23 |
| Hours Not Paid | H 00 | M 00 | | | | |
| Total Hours Paid | H 106 | M 00 | | | | |
| Travel Hours | H | M | | | | |
| Overtime Hours | H 20 | M 00 | | | | |
| Sick Leave Hours | H | M | | | | |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 1,971.60 | $ 17,839.74 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 186.00 | $ 1,679.07 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| Total Gross | $ 2,157.60 | $ 19,518.81 | | | |
| Net Pay | $ 1,966.65 | $ 17,791.39 | Total Deductions | $ 190.95 | $ 1,727.42 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN HOME SUPPORTIVE SERVICES | IHSS Earnings Statement  * DUPLICATE * | Direct Deposit 99655347 |
|---|---|---|

| Recipient | NUHA F | | ID | 0431078 | |
|---|---|---|---|---|---|
| Payee/Provider | Lara Fakhoury | | ID | 002227634 | |
| Service Period: | 04/01/2025 to 04/15/2025 | | **Deductions** | **Current** | **YTD** |
| Timesheet # | 4215904594 | | Federal | $ 0.00 | $ 0.00 |
| Process Date: | 04/22/2025 | | State | $ 0.00 | $ 0.00 |
| Pay Rate: | $18.60 | | FICA | $ 135.07 | $ 1,076.40 |
| Hours Submitted | H 107 | M 45 | Medicare | $ 31.59 | $ 251.74 |
| Hours Not Paid | H 00 | M 00 | SDI/DIEC | $ 26.14 | $ 208.33 |
| Total Hours Paid | H 107 | M 45 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 18 | M 45 | | | |
| Sick Leave Hours | H | M | | | |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 2,004.16 | $ 15,868.14 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 174.38 | $ 1,493.07 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 2,178.54** | **$ 17,361.21** | | | |
| **Net Pay** | **$ 1,985.74** | **$ 15,824.74** | **Total Deductions** | **$ 192.80** | **$ 1,536.47** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN HOME SUPPORTIVE SERVICES | IHSS Earnings Statement  *DUPLICATE* | Direct Deposit 99209382 |
|---|---|---|

| Recipient | NUHA F | | | ID 0431078 | |
|---|---|---|---|---|---|
| Payee/Provider | Lara Fakhoury | | | ID 002227634 | |
| Service Period: | 05/01/2025 to 05/15/2025 | | Deductions | Current | YTD |
| Timesheet # | 4218644206 | | Federal | $ 0.00 | $ 0.00 |
| | | | State | $ 0.00 | $ 0.00 |
| Process Date: | 05/23/2025 | | FICA | $ 135.64 | $ 1,345.81 |
| Pay Rate: | $18.60 | | Medicare | $ 31.73 | $ 314.75 |
| Hours Submitted | H 107 | M 45 | SDI/DIEC | $ 26.25 | $ 260.48 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 107 | M 45 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 19 | M 45 | | | |
| Sick Leave Hours | H | M | | | |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 2,004.16 | $ 19,843.90 | | | |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 183.68 | $ 1,862.75 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| Total Gross | $ 2,187.84 | $ 21,706.65 | | | |
| Net Pay | $ 1,994.22 | $ 19,785.61 | Total Deductions | $ 193.62 | $ 1,921.04 |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.