# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

Tuesday, July 15, 2025                             Hearing Room   302

1:30 PM
**6:25-13166**   **Lara Fakhoury**                                                   **Chapter 13**

Telephonic Hearing

#17.00    Confirmation of Chapter 13 Plan

**Susan J Luong to appear by telephone (626)616-5008** ✓ *debtor*
**Benjamin Heston to appear by telephone (949)312-1377** ✓
**Darlene C Vigil to appear by telephone (949)842-5048** ✓ *Wilmington Trust*

Docket    14

**Matter Notes:**

**Consent Calendar**

( ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $ _____

( ) **Continued** to _____ at 1:30 p.m.

341(a)    _____ at 9:00 a.m.

( ) **Objection** to plan:  ( ) Withdrawn    ( ) Sustained    ( ) Overruled

(✓) **Case Dismissed**

(✓) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

THIS MATTER MAY NOT BE ON THE CONSENT CALENDAR. No judge's copy of the plan was provided, and counsel has been warned in

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, July 15, 2025**     Hearing Room   **302**

**1:30 PM**
**CONT...**    **Lara Fakhoury**     **Chapter 13**

the past. Future hearings will be vacated for failure to provide a judge's copy. See Judge Yun's Judicial Variance Statement.

### Party Information

**Debtor(s):**

Lara Fakhoury     Represented By
                                          Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se