United States Bankruptcy Court

Central District of California

In re:                                                                                                                    Case No. 25-13166-SY

Lara Fakhoury                                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                              User: admin                                              Page 1 of 3
Date Rcvd: Jul 16, 2025                                    Form ID: van150                                    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lara Fakhoury, 1243 Jacaranda Pl, Upland, CA 91784-7410 |
| 42476728 | Barclays Black Card, PO Box 8801, Wilmington, DE 19899-8801 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Jul 17 2025 05:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Jul 17 2025 05:01:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42476726 | EDI: PHINAMERI.COM | Jul 17 2025 05:01:00 | ACAR Leasing LTD, GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 42476725 | EDI: PHINAMERI.COM | Jul 17 2025 05:01:00 | ACAR Leasing LTD, dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 42482137 | + EDI: PHINAMERI.COM | Jul 17 2025 05:01:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 42476727 | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 01:16:08 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42529146 | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 01:15:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 42476730 | EDI: Q3G.COM | Jul 17 2025 05:01:00 | Citibank, c/o Quantum3 Group, PO Box 280, Kirkland, WA 98083-0280 |
| 42557042 | EDI: CITICORP | Jul 17 2025 05:01:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42476731 | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2025 01:15:55 | Credit One, PO Box 60500, City Industry, CA 91716-0500 |
| 42484710 | EDI: CALTAX.COM | Jul 17 2025 05:01:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42476732 | EDI: CALTAX.COM | Jul 17 2025 05:01:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO BOX 2952, Sacramento, CA 95812-2952 |
| 42476733 | EDI: IRS.COM | Jul 17 2025 05:01:00 | Internal Revenue Service, Centralized Insolvency |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: van150 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42480497 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 01:14:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42476734 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 01:15:16 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 42476735 | | EDI: PRA.COM | Jul 17 2025 05:01:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 42476736 | + | EDI: SALLIEMAEBANK.COM | Jul 17 2025 05:01:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 42476737 | ^ | MEBN | Jul 17 2025 01:02:21 | Wilmington Trust, National Association, c/o ServiceMac, LLC, 9726 Old Bailes Road Suite #200, Fort Mill, SC 29707-7882 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | Wilmington Trust, National Association, not in its |
| 42480498 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42532755 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 42476729 | ## | Citadel Servicing, 25541 Commercentre Dr Ste 250, Lake Forest, CA 92630-4555 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Lara Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Darlene C Vigil | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2015-2 cdcaecf@bdfgroup.com |
| Edward A Treder | on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com |
| Lorenzo Nunez | on behalf of Interested Party Courtesy NEF CSBK@GMFINANCIAL.COM |
| Rod Danielson (TR) | |

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Jul 16, 2025 | Form ID: van150 | Total Noticed: 20

    notice-efile@rodan13.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Lara Fakhoury

**BANKRUPTCY NO.** 6:25-bk-13166-SY

**CHAPTER** 13

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):  xxx-xx-0739
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/16/25

**Address:**
1243 Jacaranda Pl
Upland, CA 91784-7410

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 16, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150-od13a Rev. 06/2017

**21 / SM6**