**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **LARA FAKHOURY** <br><br><br><br> Debtor(s). | **Case No.:  6:25-bk-13166-SY** <br><br> **DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** <br> **(DISMISSED CASE)** |

On 08/12/2025, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/17/2025 at Riverside, California.


Dated: 09/17/2025

_____
/s/ Rod Danielson
Signature

FG:049 - 09/17/2025 - TH